IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS VINCENT MCGUIRE,                  No C-09-5918 VRW (PR)

        Plaintiff,

    v                                    ORDER TO SHOW CAUSE

STATE OF CALIFORNIA, et al,

        Defendants.
_____/

       On December 17, 2009, defendants removed the above-captioned case from San Francisco superior court. Doc #1. The notice of removal states that plaintiff filed an amended complaint alleging a federal question on July 10, 2009. Id at 3-4. The removal appears on its face to be untimely, as it was not filed within thirty days from the date plaintiff filed his amended complaint. 28 USC § 1446(b).

//
//
//
//

Accordingly, defendants are hereby ORDERED to SHOW CAUSE within fifteen (15) days from the date of this order why the case should not be remanded to San Francisco superior court.  Failure to respond to this order shall be deemed grounds to remand the case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

C:\temp\notes56FD74\McGuire-09-5918-osc-untimely removal.wpd

2